**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 28 MM 2018
:
Respondent :
:
:
:
v. :
:
:
:
JORDAN BAYLE, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of April, 2018, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. Although counsel was negligent, Petitioner is entitled to a counsel-filed allocatur petition. Counsel is DIRECTED to file a Petition for Allowance of Appeal within 15 days.